[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 18-12937
Non-Argument Calendar

_____

D.C. Docket No. 3:11-cr-00232-BJD-MCR-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

STEVLEIN BIVINS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(December 11, 2018)

Before MARTIN, JORDAN and NEWSOM, Circuit Judges.

PER CURIAM:

Rosemary Cakmis, appointed counsel for Stevlein Bivins in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Our independent review of the entire record reveals that counsel's assessment of

the relative merit of the appeal is correct.  Because independent examination of the

entire record reveals no arguable issues of merit, counsel's motion to withdraw is

**GRANTED**, and Bivins's judgment of revocation and sentence are **AFFIRMED.**[1]

---

[1] We note that Bivins was apparently released from custody during the pendency of this appeal, and that he is not currently serving a term of supervised release.  To the extent Bivins's release renders his appeal moot, the proceedings are hereby dismissed.  *See United States v. Farmer*, 923 F.2d 1557, 1568 (11th Cir. 1991) (holding that appeal from sentence was rendered moot by the defendant's release from custody).

2